# UNITED STATES DISTRICT COURT

## for

## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Forrest Franklin Friedel</u>    Case Number: <u>A-13-CR-324(01)LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>October 31, 2013</u>

Original Offense: <u>Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Sixty (60) months custody in the United States Bureau of Prisons, followed by a three (3) year term of supervised release. Special conditions include substance abuse treatment, alcohol abstinence, work on obtaining a G.E.D., pay a $100 special assessment (paid in full), and forfeiture of six firearms and all ammunition and accessories</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>September 8, 2017</u>

Assistant U.S. Attorney: <u>Grant Sparks</u>    Defense Attorney: <u>Jose I. Gonzalez-Falla</u>

## PREVIOUS COURT ACTION

On February 20, 2018, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the Court requesting the offender participate in the Secure Continuous Remote Alcohol Monitoring program for 90 days. The request was a result of the offender having two alcohol violations while at the Residential Reentry Center during his incarceration, and two additional instances of alcohol use in November 2017 and February 2018. On February 21, 2018, the Court agreed to the modification requested.

## NONCOMPLIANCE SUMMARY

<u>**Violation of Mandatory Condition No. 3:**</u> "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court

if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Noncompliance:** On November 20, 2019, Friedel reported to the probation office and was placed on sweat patch monitoring due to having a history of missed and diluted urine specimens. That evening, Friedel called the probation officer and advised that he had used marijuana earlier in the month. He apologized for not disclosing the use when he reported to the probation office, stating he was ashamed and embarrassed by his actions.

On November 27, 2019, the sweat patch was removed, and the offender signed an admission form, advising he last used marijuana on November 14, 2019.

**U.S. Probation Officer Action:** Friedel successfully completed a co-occurring treatment program on August 15, 2018. Additionally, the sweat patch removed on November 27, 2019 returned negative results; therefore, it is respectfully recommended that no adverse action be taken at this time. Rather, it is recommended that Friedel be placed back on the comply random urinalysis program to monitor his sobriety.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Friedel incur any further violations, the Court will be immediately notified.

Approved by,                                          Respectfully Submitted,

Martha N. Davis                                      Lyza De La Fuente
Supervising Probation Officer                        U.S. Probation Officer

Date: 12-23-19                                       Date: December 23, 2019

**THE COURT ORDERS:**

[X]   No Action

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

Honorable Susan Hightower
U.S. Magistrate Judge

Date:   December 23, 2019